United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
ShaRonn L Mitchell
Freda N Mitchell
　　　Debtors

Case No. 19-11597-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: John　　　Page 1 of 1　　　Date Rcvd: Sep 12, 2019
　　　　　　　　　　　　　Form ID: 155　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db/jdb　　　+ShaRonn L Mitchell,　　Freda N Mitchell,　　7533 Tulpehocken Street,
　　　　　　　Philadelphia, PA 19138-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
　　　　　BRAD J. SADEK　　on behalf of Joint Debtor Freda N Mitchell brad@sadeklaw.com,　bradsadek@gmail.com
　　　　　BRAD J. SADEK　　on behalf of Debtor ShaRonn L Mitchell brad@sadeklaw.com,　bradsadek@gmail.com
　　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　Quicken Loans Inc. bkgroup@kmllawgroup.com
　　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: ShaRonn L Mitchell and Freda N Mitchell

        Debtor(s)                          Chapter: 13

                                             Bankruptcy No: 19−11597−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this September 12, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                   Magdeline D. Coleman
                                                   Chief Judge ,
                                                   United States Bankruptcy Court

                                                                       21
                                                                 Form 155