Certificate Number: 03088-PAE-DE-038214967

Bankruptcy Case Number: 19-11597



03088-PAE-DE-038214967

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2024, at 7:27 o'clock PM CST, ShaRonn Mitchell completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 23, 2024                    By:      /s/Doug Tonne

                                            Name:   Doug Tonne

                                            Title:   Counselor