United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-11597-pmm
ShaRonn L Mitchell   Chapter 13
Freda N Mitchell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 22, 2024 | Form ID: 138OBJ | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ShaRonn L Mitchell, Freda N Mitchell, 7533 Tulpehocken Street, Philadelphia, PA 19138-1410 |
| 14333010 | | CornerStone Education Loan Services/Dept of ED, PO Box 145123, salt lake city, UT 84114-5123 |
| 14288321 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14292572 | + | Quicken Loans Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 23 2024 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14288318 | + | Email/Text: bncnotifications@pheaa.org | Aug 23 2024 00:36:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14288319 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2024 00:36:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14369692 | | Email/Text: megan.harper@phila.gov | Aug 23 2024 00:37:00 | Water Revenue Bureau, Pamela Elchert Thurmond, TAX & REVENUE UNIT, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14288320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 00:48:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14304134 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14324339 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2024 00:48:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14288327 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2024 00:48:29 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14331861 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2024 00:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14302116 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 23 2024 00:36:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14288322 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 23 2024 00:37:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14288323 | + | Email/Text: PBNCNotifications@peritusservices.com | | 49546-8803 |
| | | | Aug 23 2024 00:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14288325 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2024 00:36:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14323305 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2024 00:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14288324 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2024 00:36:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14296348 | ^ | MEBN | Aug 23 2024 00:35:15 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14288326 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 23 2024 00:37:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14312844 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 23 2024 00:37:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14288328 | | Email/Text: bankruptcydept@wyn.com | Aug 23 2024 00:37:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14331389 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Freda N Mitchell brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Debtor ShaRonn L Mitchell brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 38 − 36

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
  ShaRonn L Mitchell ) Case No. 19−11597−pmm
)
)
  Freda N Mitchell ) Chapter: 13
)
  Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 22, 2024      For The Court

    Timothy B. McGrath
    Clerk of Court