UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re:                                                                 Case No.  19-11597
                                                                       Chapter  13
                         Debtor.                                       Hon.  Patricia M. Mayer
ShaRonn L Mitchell                                   /

# SATISFACTION OF PROOF OF CLAIM NO.  12
# FILED BY THE UNITED STATES DEPARTMENT OF EDUCATION

The United States Department of Education, hereby states that the student loan debts identified on the Court's Claim Register as Claim No. 12 is hereby satisfied.

Dated:  September 19, 2024

/s/  Ursula Davies

Creditor name and address
US Department of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re:                                              Case No.  19-11597
                                                    Chapter  13
            ShaRonn L Mitchell    Debtor.           Hon.  Patricia M. Mayer

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the United States Department of Education's Satisfaction of Proof of Claim No. 12 filed by the United States Department of Education using the ECF System which will send notification of such filings to all counsel of record.

/s/  Ursula Davies
Creditor name and address
US Department of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005