# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ShaRonn L. Mitchell<br>Freda N. Mitchell<br>**Debtor** | **BK NO. 19-11597 MDC**<br>**Chapter 13** |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>**Movant**<br>vs. | **Related to Claim No. 6** |
| ShaRonn L. Mitchell<br>Freda N. Mitchell<br>**Debtor** | |
| Kenneth E. West, Esq.,<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 21, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below:

Debtors
ShaRonn L. Mitchell
7533 Tulpehocken Street
Philadelphia, PA 19138

Freda N. Mitchell
7533 Tulpehocken Street
Philadelphia, PA 19138
VIA Regular Mail

Attorney for Debtors
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
VIA ECF

Trustee
Kenneth E. West, Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Dated: October 21, 2022

**/s/Michael P. Farrington, Esquire**
Michael P. Farrington, Esquire
Attorney ID No. 329636
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 825-6488
Email: bkgroup@kmllawgroup.com